UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS A. BARRIENTOS ESTRADA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-1910 (RCL) |
| ATTORNEY GENERAL OF THE UNITED STATES *et al.*, | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED without prejudice.  This is a final appealable Order.

                                                                              _____s/_____
                                                                              Royce C. Lamberth
                                                                              United States District Judge

Date: November 8, 2007